**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.: **CV 25-7654-JFW(AJRx)**                    Date: November 10, 2025

Title: Joshua Cuevas -v- Canyon Tower, LLC, et al.

---

**PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                              **None Present**
**Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                          None


**PROCEEDINGS (IN CHAMBERS):       ORDER OF DISMISSAL**

        In the Notice of Settlement filed on November 8, 2025, Docket No. 12, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 10, 2025.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 10, 2025.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

        IT IS SO ORDERED.



                                                                Initials of Deputy Clerk __sr__